SCHOOL BOARD — LEGAL SERVICES **** WHILE A BOARD OF EDUCATION IS NOT GENERALLY AUTHORIZED TO PURCHASE FROM SCHOOL DISTRICT FUNDS A CONTRACT PROVIDING FOR LEGAL SERVICES ARISING OUT OF ACTIONS AGAINST SCHOOL PERSONNEL IN THEIR INDIVIDUAL CAPACITIES, A BOARD OF EDUCATION MAY INCLUDE IN A LIABILITY INSURANCE POLICY PURCHASED PURSUANT TO 70 O.S. 1975 Supp. 5-136 [70-5-136], A PROVISION FOR PAYMENT OF LEGAL FEES ARISING OUT OF A VEHICLE RELATED FELONY CASE.